# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Tammy Walker-Mace, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-3460-CV-S-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On September 4, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed February 22, 2013, [Doc. 8] and the *Brief For Defendant*, filed May 8, 2013, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

        */s/ John T. Maughmer*
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**